UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KENYA L. HALL,**

**Plaintiff,**

**v.** **Case No. 26-C-1744**

**JP MORGAN CHASE BANK NA,**

**Defendant.**

---

**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS***

---

Plaintiff Kenya L. Hall, serving as her own lawyer, seeks to proceed *in forma pauperis* and thereby avoid paying the $405 filing fee, in her action against Defendant JPMorgan Chase Bank NA. Plaintiff alleges Defendant violated her right to privacy under a variety of federal and state statutes and regulations. Dkt. No. 1.

An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting an inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Upon review of the affidavit Plaintiff filed here, along with other documents in the record, it appears that her affidavit is incomplete. She reports her current income as $0.00 per month, answering "N/A" to the question inquiring about her monthly wages or salary. The affidavit contains no further details concerning Plaintiff's income. By Plaintiff's own account, however, she receives government benefits and lists expenses of $1,250 per month. *See* Dkt. No. 3 at 1 ("My monthly income consists solely of government benefits."). Providing full, accurate

information is necessary to assess Plaintiff's true financial condition. In sum, the Court has insufficient information to conclude that Plaintiff is indigent. Consequently, Plaintiff's motion for leave to proceed without prepayment of the filing fee (Dkt. No. 2) is **DENIED**.

If Plaintiff submits additional documents setting out full information regarding her income, the Court may reconsider granting the motion. Absent additional details justifying her request, Plaintiff shall pay the filing fee within 21 days of the date of this order or her case will be dismissed without prejudice.

**SO ORDERED** at Green Bay, Wisconsin this 29th day of September, 2026.

William C. Griesbach
United States District Judge